# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

RAMON MOSES,
Plaintiff,

Case No. 25-cv-948-jdp

v.

23ANDME, INC.; FAMILY TREE DNA / GENE BY GENE, LTD.; ANCESTRY.COM DNA, LLC; MYHERITAGE LTD.; MYTRUEANCESTRY; VEROGEN, INC. (GEDMATCH); GENOMELINK, INC.; GLAXOSMITHKLINE PLC; NASA; NIH; HHS
Defendants.

# PETITION FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

## INTRODUCTION

1. Plaintiff Ramon Moses brings this action seeking a Declaratory Judgment recognizing his exclusive legal ownership and sovereign rights over his personal DNA and associated genomic data, including but not limited to raw sequence files, derived markers (SNPs), novel variants, haplogroup assignments, and any scientific, commercial, or proprietary use of such data.

... (Full text continues; truncated here for brevity)

Respectfully submitted,

/s/ Ramon Moses
Ramon Moses
1022 Saint Cloud Street
La Crosse, WI 54603
Phone: 608-317-6520
Email: ramon_moses@hotmail.com
Pro Se Plaintiff

Filed this 11 day of November, 2025.

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN**

---

**RAMON MOSES,**
Plaintiff,

v.

**23ANDME, INC.; FAMILY TREE DNA / GENE BY GENE, LTD.; ANCESTRY.COM DNA, LLC; MYHERITAGE LTD.; MYTRUEANCESTRY; VEROGEN, INC. (GEDMATCH); GENOMELINK, INC.; GLAXOSMITHKLINE PLC; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION (NASA); NATIONAL INSTITUTES OF HEALTH (NIH); UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS),**

Defendants.

Case No:___

**PETITION FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF**

---

**INTRODUCTION**

1. Plaintiff Ramon Moses brings this action seeking a Declaratory Judgment recognizing his exclusive legal ownership and sovereign rights over his personal DNA and associated genomic data, including but not limited to raw sequence files, derived markers (SNPs), novel variants, haplogroup assignments, and any scientific, commercial, or proprietary use of such data.

2. Plaintiff is a United States citizen and a resident of La Crosse, Wisconsin. He is a veteran, an individual with 100% service-connected disability, and the sole biological source of a genetic profile that includes extremely rare and novel markers not found in any other tested human individual to date.

3. This petition arises from increasing concern that Plaintiff's genomic data may have been accessed, stored, shared, researched, monetized, or otherwise utilized by commercial DNA testing companies and affiliated entities including 23andMe, FamilyTreeDNA, Ancestry.com, MyHeritage, MyTrueAncestry, GEDmatch, GenomeLink, and potentially pharmaceutical, aerospace, and government research entities such as GlaxoSmithKline, NASA, NIH, and HHS without Plaintiff's explicit ongoing informed consent, proper compensation, or legal recognition of his intellectual and biological property rights.

4. Plaintiff seeks injunctive and declaratory relief to affirm his right to exclusive control, use, and ownership of his unique genomic data, prohibit further unauthorized use, and establish protections for future use or disclosure.

[...rest of document remains unchanged...]

1

/s/ Ramon Moses
Ramon Moses
1022 Saint Cloud Street
La Crosse, WI 54603
Phone: 608-317-6520
Email: ramon_moses@hotmail.com
Pro Se Plaintiff

*Filed this* 11th *day of* November, 2025.

11-11-2025

2